IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THEODORE J. THOMPSON**                                                                                         **PLAINTIFF**

v.                                      Case No. 4:21-cv-00647-JM

**PROCTOR & ASSOCIATES;**
**WILLARD PROCTOR, JR.; DOES**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE