IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THEODORE J. THOMPSON**  **PLAINTIFF**

v.  Case No. 4:21-cv-00647-JM

**PROCTOR & ASSOCIATES;**
**WILLARD PROCTOR, JR.; DOES**  **DEFENDANTS**

## ORDER

By Order issued on March 2, 2022, the Court dismissed Plaintiff Theodore Thompson's Complaint without prejudice finding he had failed to state a claim for a myriad of reasons. (Doc. 23). Thompson now moves for reconsideration of that decision and asks to be able to amend his complaint to cure the deficiencies. (Doc. 25). The motion is denied. The liberal Rule 15 standard for amending a complaint is weighed against the interests of finality. *See Anderson v. Bank of the West*, 23 F.4th 1056, 1060 (8th Cir. 2022) (citing *United States v. Hypoguard USA, Inc.*, 559 F.3d 818, 823 (8th Cir. 2009)). Thompson's *pro se* status is insufficient to support vacating the order and allowing an amendment, Thompson offers no exceptional circumstances to justify relief and failed to attach a copy of an amended complaint which addresses the defects in his original pleading. Too, none of the Fed. R. Civ. P. 60(b) subsections apply. This case is closed.

IT IS SO ORDERED this 18th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE